IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CHARLES THATCHER,

    Plaintiff,                    No. CIV S-04-2547 MCE CMK P

    vs.

M. PENNER, MD, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed March 23, 2005, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On April 12, 2005, plaintiff submitted the completed summons, the completed USM-285 forms for M. Penner and Scott Kernan but failed to file the completed USM-285 form for CSP Sacramento and four copies of the complaint filed December 1, 2004.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on December 1, 2004; and

1

1       2. Within thirty days, plaintiff shall submit to the court the completed USM-285 form for CSP Sacramento and four copies of the complaint filed December 1, 2004 required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED:   April 22, 2005

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

/kf
that2547.8f