IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES THATCHER, | No. CIV S-04-2547-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| M. PENNER, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. On October 13, 2005, the court issued findings and recommendations and directed that objections thereto be filed within 10 days. On October 19, 2005, plaintiff submitted a document entitled "Motion for Order for (CSP-SAC) to Grant Physical Access to Law Library and Telephone." The court construes that filing as a request for an extension of time to file objections to the court's October 13, 2005, findings and recommendations. So construed, the request will be granted.

/ / /

/ / /

/ / /

1

1   Accordingly, IT IS HEREBY ORDERED that the parties may file objections to the
2 court's October 13, 2005, findings and recommendations within 30 days of the date of service of
3 this order.

5 DATED: November 2, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE