IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CHARLES THATCHER,   No. 2:04-cv-2547-MCE-CMK-P

      Plaintiff,

  v.   ORDER

M. PENNER, ET AL.,

      Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

    On October 13, 2005, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within ten (10) days. Plaintiff has not filed Objections to the Findings and Recommendations.

1

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 13, 2005, are adopted in full;

2. The State of California's Motion to Dismiss is denied;

3. Defendant California State Prison, Sacramento, is dismissed sua sponte; and

4. This action now proceeds as against defendants Penner and Kernan only.

DATE: January 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2