IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHARLES THATCHER, | No. 2:04-cv-2547-MCE-CMK-P |
|     Plaintiff, | |
|   v. | ORDER |
| M. PENNER, ET AL., | |
|     Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 26, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within ten (10) days. Plaintiff has filed Objections to the Findings and Recommendations.

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
3  de novo review of this case. Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1. The Findings and Recommendations filed April 26, 2006,
8  are adopted in full;
9  2. Defendants' Motion for Summary Judgment is granted; and
10  3. The Clerk of the Court is directed to enter Judgment
11  and close this file.
12 DATE: May 22, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE